UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY PHELAN, an individual,

Plaintiff/Counter-Defendant,     Case No. 11-CV-15103
    Hon. John Corbett O'Meara

-v-

TWIN LAKES HOMEOWNERS     Removed from 6th Circuit Court
ASSOCIATION CONDOMINIUM     Case No. 11-122450-CH
(OBLIGATOR)     Hon. James M. Alexander

Defendant/Counter & Cross Plaintiff

-v-

**ORLANS ASSOCIATES, P.C.;** GMAC
MORTGAGE, LLC; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; FEDERAL HOME
LOAN MORTGAGE CORPORATION

Defendants/Cross-Defendants.
_____/

| | |
|---|---|
| Keith G. Tatarelli (P41725) | Dykema Gossett, P.L.L.C. |
| Jasmina Maksimovski (P73777) | 39577 Woodward Ave., Suite 300 |
| Attorneys for Plaintiff/Counter-Defendant Phelan | Bloomfield Hills, MI 48304 |
| | Phone: 248-203-0542 |
| Keith G. Tatarelli, P.C. | Fax: 248-203-0763 |
| 1800 Crooks | mmitchell@dykema.com |
| Troy, MI 48084 | |
| Phone: 810-338-6361; | Justin F. Carter (P71650) |
| Fax: 248.438.1664 | Attorney for Orlans |
| counselorkgt@aol.com | Orlans Associates, P.C. |
| | P.O. Box 5041 |
| John M. Rickel (P19432) | Troy, MI 48007-5041 |
| Attorney for Twin Lakes HOA/Condominium (Obligator) | Phone: 248-502-1573 |
| | Fax: 248-502-1401. |
| The Rickel Law Firm, PC | jcarter@orlans.com |
| PO Box 806044 | |
| St. Clair Shores, MI 48080-6044 | |
| Phone: 586.285.0000 | |
| Fax: 586.415.0092 | |
| jrickel@therickellawfirm.com | |

Thomas M. Schehr (P54391)
Matthew Mitchell (P69810)
Attorneys for GMAC, MERS and Freddie Mac

1

_____/

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, Orlans Associates, P.C. makes the following disclosure:
(NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation? **No**
2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation? **No**

 

/s/ Justin F. Carter_____
Justin F. Carter (P71650)
Attorney for Defendant Orlans

Dated: November 21, 2011

2

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY PHELAN, an individual,

Plaintiff/Counter-Defendant,             Case No. 11-CV-15103
                                                 Hon. John Corbett O'Meara

-v-

TWIN LAKES HOMEOWNERS            Removed from 6th Circuit Court
ASSOCIATION CONDOMINIUM           Case No. 11-122450-CH
(OBLIGATOR)                                Hon. James M. Alexander

Defendant/Counter & Cross Plaintiff

-v-

**ORLANS ASSOCIATES, P.C.;** GMAC
MORTGAGE, LLC; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; FEDERAL HOME
LOAN MORTGAGE CORPORATION

Defendants/Cross-Defendants.
_____/

| | |
|---|---|
| Keith G. Tatarelli (P41725) | 39577 Woodward Ave., Suite 300 |
| Jasmina Maksimovski (P73777) | Bloomfield Hills, MI 48304 |
| Attorneys for Plaintiff/Counter-Defendant Phelan | Phone: 248-203-0542 |
| | Fax: 248-203-0763 |
| Keith G. Tatarelli, P.C. | mmitchell@dykema.com |
| 1800 Crooks | |
| Troy, MI  48084 | Justin F. Carter (P71650) |
| Phone: 810-338-6361; | Attorney for Orlans |
| Fax: 248.438.1664 | Orlans Associates, P.C. |
| counselorkgt@aol.com | P.O. Box 5041 |
| | Troy, MI 48007-5041 |
| John M. Rickel (P19432) | Phone: 248-502-1573 |
| Attorney for Twin Lakes HOA/Condominium (Obligator) | Fax: 248-502-1401. |
| | jcarter@orlans.com |
| The Rickel Law Firm, PC | |
| PO Box 806044 | |
| St. Clair Shores, MI 48080-6044 | |
| Phone: 586.285.0000 | |
| Fax: 586.415.0092 | |
| jrickel@therickellawfirm.com | |

Thomas M. Schehr (P54391)
Matthew Mitchell (P69810)
Attorneys for GMAC, MERS and Freddie Mac
Dykema Gossett, P.L.L.C.

_____/

## PROOF OF SERVICE

I hereby certify that on November 21, 2011 I electronically filed a Statement of Disclosure and this Proof of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to attorneys of record. I declare under penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

/s/*Meagan L. Rowe*_____
Meagan L. Rowe

File No. 280.9040